No. 618. C. A. WENSTRAND *v.* UNITED STATES; and

No. 619. D. A. WENSTRAND *v.* UNITED STATES. December 12, 1927. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Thos. S. Allen* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.

No. 621. BONDED PRODUCTS CORPORATION *v.* THE ANDREW JERGENS COMPANY. January 3, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. A. P. Bachman* for petitioner. *Messrs. Walter A. DeCamp* and *Edward S. Rogers* for respondent.

No. 622. WILLIAM P. DEPPE AND DEPPE MOTORS CORPORATION *v.* GENERAL MOTORS CORPORATION. January 3, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Livingston Gifford* for petitioners. *Messrs. Melville Church, Frederick P. Fish* and *J. L. Stackpole* for respondent.

No. 625. NORTHERN PACIFIC RAILWAY COMPANY *v.* INTERSTATE COMMERCE COMMISSION. January 3, 1928. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Charles W. Bunn, Dennis F. Lyons, Frederic D. McKenney* and *J. Spalding Flannery* for petitioner. *Mr. P. J. Farrell* for respondent.

No. 361. W. T. IRWIN ET AL. *v.* THE MISSOURI VALLEY BRIDGE & IRON Co. January 3, 1928. The motion for leave to file petition for a rehearing herein, made after the expiration of the twenty-five days within which, under rule 30, the petition ought to have been filed, is granted.